1  Susan St. Vincent
   Acting Legal Officer
2  NATIONAL PARK SERVICE
   Law Enforcement Office
3  P.O. Box 517
   Yosemite, California 95389
4  Telephone: 209-372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES GOVERNMENT,<br><br>Plaintiff,<br><br>vs.<br><br>MICHELLE MAZZETTI,<br><br>Defendant. | CASE: 6:11-MJ-00090-MJS<br><br>STIPULATION TO CONTINUE DATE SET FOR SENTENCING; AND ORDER THEREON<br><br>Court: U.S. Magistrate<br>Judge: Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, Defendant, Michelle Mazzetti, and her attorney of record, Carol Ann Moses, that the sentencing currently set for July 26, 2012 be continued to August 8, 2012 at 1:30 p.m.

Dated: July 25, 2012     /s/ Susan St. Vincent
                         Susan St. Vincent
                         Acting Legal Officer for
                         National Park Service

Dated: July 25, 2012     /c/ Carol Ann Moses
                         Carol Ann Moses
                         Attorney for
                         Michelle Mazzetti

* * * ORDER * * *

The Court, having reviewed the above request to continue date for sentencing, HEREBY ORDERS AS FOLLOWS:

1. The sentencing in the above referenced matter currently scheduled for July 26, 2012 is continued to August 8, 1012 at 1:30 p.m.

IT IS SO ORDERED.

Dated:   July 25, 2012                              /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE